# United States Bankruptcy Court
## Central District of California

Riverside

Judge Peter Carroll, Presiding

Courtroom 304 Calendar

**Thursday, May 6, 2010**                                                                        Hearing Room 304

10:00 am

**6:10-19878**    **Florastene Holden**                                                          Chapter 13

#114.00    Law Offices of Thomas Girdano - movant attorney

Motion in individual case for order imposing a stay or continuing the automatic stay as the court deems appropriate

(Motion filed 4/12/10)

EH_____

Docket #:  12

W. Jenkins, Dpty

**Matter Notes:**

( ) Granted        (X) Denied

( ) Tentative / Final Ruling is Final Order of the Court

(X) Based on findings of fact and conclusions of law made on the record

( ) **Stipulation** by the parties with respect to relief sought to be filed with the court within 7 days

( ) **Continuance** - Hearing on the motion is continued to _____ at _____ a.m./p.m.

( ) **Off Calendar**

( ) **Other**

**Courtroom Deputy:**
- NONE LISTED -